# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Lonza Biosciences | 1/12/2023 | 266935 | Check | $ 73,700.32 |
|  |  |  |  |  | $ 73,700.32 |